PER CURIAM.
The state challenges the trial court’s order suppressing the appellee’s confession as not being freely and voluntarily given. Because we conclude that the record supports this factual finding, and we are not at liberty to effectively substitute our judgment for that of the trial court on this issue, DeConingh v. *1330 State, 433 So.2d 501, 504 (Fla.1983), cert. denied, 465 U.S. 1005, 104 S.Ct. 995, 79 L.Ed.2d 228 (1984); State v. Belcher, 520 So.2d 303, 305 (Fla. 3d DCA), rev. denied, 529 So.2d 695 (Fla.) and cert. denied, 488 U.S. 912, 109 S.Ct. 270, 102 L.Ed.2d 258 (1988); State v. Gonzalez, 447 So.2d 1015, 1016 (Fla. 3d DCA 1984); State v. Garcia, 431 So.2d 651, 651 (Fla. 3d DCA 1983), we affirm.
Affirmed.